(98 South. 312)

**Ex parte E. L. BURKE and Smith Batchelor.**
(3 Div. 646.)

(Supreme Court of Alabama. Nov. 15, 1923. Rehearing Denied Dec. 20, 1923.)

Certiorari to Court of Appeals.

L. A. Sanderson and T. E. Martin, both of Montgomery, for petitioners.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of E. L. Burke and Smith Batchelor for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Burke and Batchelor v. State, 98 South. 310.

Writ denied.